RECEIVED
IN LAKE CHARLES, LA

FEB 16 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO.96-20021-006 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JAMES CHRISTOPHER ALLEN | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, that the defendant's §2255 motion IS TRANSFERRED to the Fifth Circuit for a determination of whether authorization to file a successive §2255 motion will be granted.

Lake Charles, Louisiana, this __16__ day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE